**No. 25-1180 (and consolidated cases)**

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

REH CO., LLC,

*Petitioner*,

v.

EPA,

*Respondent.*

On Petition for Review of Final Agency Action
of the Environmental Protection Agency

## MOTION OF GROWTH ENERGY AND THE RENEWABLE FUELS ASSOCIATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION REGARDING THE RECORD

Growth Energy and the Renewable Fuels Association ("biofuels petitioners") have moved to correct or supplement the administrative record, or for judicial notice ("Record Motion"). ECF #2182834. Respondent EPA and the refinery parties have filed separate oppositions to the Record Motion. Pursuant to Circuit Rule 27(g), the biofuels petitioners hereby move for a two-week extension of time to file their reply in support of the Record Motion from August 10, 2026, to August 24, 2026.

No party has stated that it opposes the requested extension. Respondents, Delek Refining, Ltd., Alon Refining Krotz Springs Inc., Lion Oil Company LLC, CHS Inc., Alon USA LP, Suncor Energy (U.S.A.) Inc., Clean Fuels Alliance America, the Coalition for Renewable Natural Gas, the Sustainable Advanced Biofuel Refiners Coalition, and the Small Refineries of America consent. HF Sinclair Refining & Marketing LLC, HF Sinclair Parco Refining LLC, HF Sinclair Casper Refining LLC, HF Sinclair Woods Cross Refining LLC, HF Sinclair Cheyenne Refining LLC, HF Sinclair Tulsa Refining LLC, REH Company, and Big West Oil are unopposed. The Coalition to Preserve Refined Fuel Markets takes no position. The other parties have not responded to a request for their position.

## DISCUSSION

The separate oppositions to the Record Motion that were filed by EPA and the refinery parties present many arguments, some of which are unique to one opposition or the other. *See* EPA's Opposition to Motion to Correct the Administrative Record, ECF #2186367; Response in Opposition to Growth Energy and the Renewable Fuels Association's Motion to Complete or Supplement the Administrative Record or for Judicial Notice, ECF #2186404. Additionally, Growth Energy's counsel has a merits brief due on August 7, 2026, in *Suncor Energy (U.S.A.) Inc. v. EPA et al.*, No. 25-9582 (10th Cir.), and several nonpublic

client matters to attend to during the next two weeks. Therefore, a modest two-week extension would ensure that the biofuels petitioners have sufficient time to prepare their reply in support of the Record Motion. EPA and the refinery parties similarly received a two-week extension to file their oppositions to the Record Motion. ECF #2185475.

Moreover, given the briefing schedule, *see* Order, ECF #2167436, the requested extension would not interfere with the proceedings in this case.

**CONCLUSION**

For the foregoing reasons, the Court should extend the deadline for the biofuels petitioners' reply in support of their Record Motion by two weeks, to August 24, 2026.

Respectfully submitted,

/s/ Rafe Petersen
Rafe Petersen
HOLLAND & KNIGHT LLP
800 17th Street NW
Washington, DC 20006
(202) 419-2481
rafe.petersen@hklaw.com

*Counsel for Renewable Fuels Association*

/s/ David M. Lehn
David M. Lehn
Robert M. McCutcheon
Julia Cash
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC 20005
(202) 237-2727
dlehn@bsfllp.com

*Counsel for Growth Energy*

August 5, 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned hereby certifies:

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 392 words, excluding the exempted portions, as provided in Federal Rule of Appellate Procedure 32(f). As permitted by Federal Rule of Appellate Procedure 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

2. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(a)(5)-(6) because it was prepared in proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.

/s/ David M. Lehn
DAVID M. LEHN

August 5, 2026

## CERTIFICATE OF SERVICE

I certify that today, I filed a copy of the foregoing using the Court's case management electronic case filing system, which will automatically serve notice of the filing on registered users of that system.

/s/ David M. Lehn
DAVID M. LEHN

August 5, 2026